IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LUIS MORALES,

     Appellant,

v.

KARANA MORALES,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3536

_____/

Opinion filed July 7, 2017.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Neil L. Weinreb, Jacksonville, for Appellant.

Karana Morales, pro se, Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and MAKAR, JJ., CONCUR.